SHARON L. ANDERSON (SBN 94814)
County Counsel
DYLAN RADKE (SBN 207757)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: dylan.radke@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; and DOES 1-50, inclusive,<br><br>Defendants. | No. C18-00267 KAW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE RESPONSIVE PLEADINGS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br>CMC: April 17, 2018<br><br>Crtrm: 4, 3rd Floor<br>Judge: Hon. Kandis A. Westmore, Presiding<br>Date Action Filed: January 11, 2018<br>Trial Date:    None Assigned |

The parties, by and through their attorneys, have met and conferred regarding Plaintiff Felipe Hernandez's ("Plaintiff") complaint and defendant County of Contra Costa's ("County") proposed motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).  The County's responsive pleadings are currently due on April 6, 2018.  Based on the parties' conversation, the parties agreed that additional time is needed for Plaintiff to consider filing an amended complaint for the County's responsive pleadings and for the case management

Stipulation and [Proposed] Order Extending Date to File Responsive Pleadings and Continue
Initial Case Management Conference and Related Dates - Case No. C18-00267 KAW

1

conference.  Based on the above, the parties have agreed to stipulate to the following time schedule:

    (1)    The parties stipulate that Plaintiff will, if necessary, file an amended complaint by April 17, 2018.  If Plaintiff determines that an amended complaint is not necessary, he will notify the County by April 17, 2018, that he will not being filing an amended complaint.  If no amended complaint is filed, the County's responsive pleadings will be filed by April 24, 2018, seven days after Plaintiff's notice.  If Plaintiff files an amended complaint, the County's responsive pleadings will be filed by May 1, 2018, fourteen days after the amended complaint is filed.

    (2)    The parties stipulate to a continuance of the case management conference, currently scheduled for April 17, 2018, for 60 to 90 days to a date convenient to the Court's calendar.  The stipulation is based on the time to determine Plaintiff's potential amendments to the complaint and if necessary prepare an amended complaint and the County's time to review any amended complaint and prepare responsive pleadings.  Currently, the case is not at issue, and given the uncertainty of future claims and potential defendants, it is difficult for the parties to meet and confer regarding discovery and to prepare a joint case management statement.

//
//
//
//
//
//
//
//
//
//
//

Stipulation and [Proposed] Order Extending Date to File Responsive Pleadings and Continue Initial Case Management Conference and Related Dates - Case No. C18-00267 KAW

2

In light of the current procedural posture, the parties believe good cause exists to provide time for Plaintiff to consider filing an amended complaint, to extend time for the County to file responsive pleadings, and to continue the case management conference for 60 to 90 days to a date convenient to the Court's calendar.

DATED: March 30, 2018    SHARON L. ANDERSON
                         COUNTY COUNSEL

                         By:_____/s/_____
                            DYLAN RADKE
                            Deputy County Counsel
                            Attorneys for Defendant
                            COUNTY OF CONTRA COSTA

DATED: March 30, 2018    JOHN L. BURRIS LAW OFFICES

                         By:    _____/s/_____
                            JAMES COOK
                            Attorney for Plaintiff
                            FELIPE HERNANDEZ

## **ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this statement, and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

                         By: _____/s/_____
                            DYLAN RADKE
                            Deputy County Counsel
                            Attorneys for Defendant
                            COUNTY OF CONTRA COSTA

Stipulation and [Proposed] Order Extending Date to File Responsive Pleadings and Continue Initial Case Management Conference and Related Dates - Case No. C18-00267 KAW

3

| | |
|---|---|
| 1 | **ORDER** |
| 2 | There is good cause to allow Plaintiff to file an amended complaint by April 17, 2018. |
| 3 | If Plaintiff determines that an amended complaint is not necessary, he will notify the County |
| 4 | by April 17, 2018, that he will not being filing an amended complaint. If no amended |
| 5 | complaint is filed, the County's responsive pleadings will be filed by April 24, 2018, seven |
| 6 | days after Plaintiff's notice. If Plaintiff files an amended complaint, the County's responsive |
| 7 | pleadings will be filed by May 1, 2018, fourteen days after the amended complaint is filed. |
| 8 | There is further good cause to continue the initial case management conference and |
| 9 | related dates. The case management conference is continued to __July 10, 2018__ |
| 10 | at 1:30 P.M. before the Honorable Kandis A. Westmore. The joint case management |
| 11 | statement is due __July 3, 2018__. All associated dates, including the date for the |
| 12 | parties to exchange initial disclosures, are likewise continued. |
| 13 | IT IS SO ORDERED. |

DATED: 3/30/18          By: *Kandis Westmore*
                             HON. KANDIS A. WESTMORE
                             United States Magistrate Judge

Stipulation and [Proposed] Order Extending Date to File Responsive Pleadings and Continue
Initial Case Management Conference and Related Dates - Case No. C18-00267 KAW

4