SHARON L. ANDERSON (SBN 94814)
County Counsel
DYLAN RADKE (SBN 207757)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: dylan.radke@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

JOHN L. BURRIS, ESQ., SBN 69888
BEN NISENBAUM, ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@hotmail.com
james.cook@johnburrislaw.com

Attorneys for Plaintiff
FELIPE HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; and DOES 1-50, | . Case No.: 4:18-cv-00267-KAW<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND EXTENDING DATE TO FILE RESPONSIVE PLEADINGS |

|   | inclusive, | |
|---|---|---|
| 1 | Defendants. | Crtrm: 4, 3rd Floor |
| 2 | | Judge: Hon. Kandis A. Westmore, Presiding |
| 3 | | Date Action Filed: January 11, 2018 |
|   | | Trial Date: None Assigned |

The parties, by and through their attorneys, have met and conferred regarding Plaintiff Felipe Hernandez's ("Plaintiff") complaint and this Court's order extending date to file responsive pleadings and continuing case management conference and related dates. On March 30, 2018, the Court ordered Plaintiff to file an amended complaint by April 17, 2018. The Court also continued the case management conference to July 10, 2018. However, Plaintiff needs more time to complete the amended complaint. Based on the parties' conversation, the parties agreed that additional time is needed for Plaintiff to file an amended complaint. Based on the above the parties have agreed to stipulate to the following time schedule:

(1) The parties stipulate that Plaintiff will file an amended complaint within fourteen days after this Court grants the order to file it. The County's responsive pleadings will be filed fourteen days after the amended complaint is filed.

(2) The parties stipulate that the case management conference remain scheduled for July 10, 2018.

In light of the current procedural posture, the parties believe good cause exists to provide time for Plaintiff file an amended complaint, to extend time for the County to file responsive pleadings.

DATED: May 18, 2018

SHARON L. ANDERSON
COUNTY COUNSEL

By: /s/ *Dylan Radke*
DYLAN RADKE
Deputy County Counsel
Attorneys for Defendant
COUNTY OF CONTRA COSTA

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | DATED: May 18, 2018 | JOHN L. BURRIS LAW OFFICES |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ James Cook |
| 6 | | JAMES COOK<br>Attorney for Plaintiff |
| 7 | | FELIPE HERNANDEZ |

Stipulation and [Proposed] Order Extending Date to File Responsive Pleadings –
Case No. 4:18-cv-00267-KAW

3

**ORDER**

There is good cause to allow Plaintiff to file an amended complaint within fourteen days after this Court grants the order to file it. The County's responsive pleadings will be filed fourteen days after the amended complaint is filed.

There is further good cause to keep the case management conference on schedule for July 10, 2018 at 1:30 P.M. before the honorable Kandis A. Westmore. The joint case management statement is due July 3, 2018. All associated dates, including the date for the parties to exchange initial disclosures, are likewise continued.

IT IS SO ORDERED.

DATED: 5/23/18  By: _____
HON. KANDIS A. WESTMORE
United States Magistrate Judge