UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE HERNANDEZ<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et<br><br>Defendant(s) | CASE No C 18-00267 KAW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: September 21, 2018

*James Cook*
Attorney for Plaintiff

Date: 9/20/2018

[signature]
Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/24/18

*Kandis Westmore*
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*