SHARON L. ANDERSON (SBN 94814)
County Counsel
DYLAN RADKE (SBN 207757)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800 / Facsimile: (925) 335-1866
Electronic Mail: dylan.radke@cc.cccounty.us
Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; MICHAEL PROCTOR, individually and in his capacity as a Deputy for the Contra Costa County Sheriff's Department; MICHAEL McGARY, individually and in his capacity as a Sergeant for the Contra Costa County Sheriff's Department; N. ANDREWS, individually and in his capacity as a Deputy for the Contra Costa County Sheriff's Department; FNU ZARAGOSA, individually and in his capacity as a Deputy for the Contra Costa County Sheriff's Department; B. HUGHES, individually and in his capacity as a Deputy for the Contra Costa County Sheriff's Department; B. BATTLES, individually and in his capacity as a Deputy for the Contra Costa County Sheriff's Department; and DOES 1-50, inclusive,<br><br>Defendants. | No. C18-00267 KAW<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT COUNTY OF CONTRA COSTA<br><br>Crtrm: 4, 3rd Floor<br>Judge: Hon. Kandis A. Westmore, Presiding<br>Date Action Filed: January 11, 2018<br>Trial Date: None Assigned |

## STIPULATION

Defendant County of Contra Costa ("County") and plaintiff Felipe Hernandez ("Plaintiff") hereby stipulate as follows:

1. That all claims alleged in this lawsuit against the County be dismissed and that the County be dismissed as a party from this case; and

2. Each side is to bear their own fees and costs.

DATED: October 3, 2018  SHARON L. ANDERSON
COUNTY COUNSEL


By: _____*/s/ Dylan Radke*_____
DYLAN RADKE
Deputy County Counsel
Attorneys for Defendant
COUNTY OF CONTRA COSTA

DATED: October 3, 2018  LAW OFFICES OF JOHN L. BURRIS


By: _____*/s/ James Cook*_____
JAMES COOK, ESQ.
Attorneys for Plaintiff

## ATTORNEY ATTESTATION

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE: October 3, 2018  By: _____*/s/ Dylan Radke*_____
Deputy County Counsel

Stipulation and [Proposed] Order Dismissing Defendant County of Contra Costa -
Case No. C18-00267 KAW                                                                     2

**ORDER**

IT IS HEREBY ORDERED that all claims alleged in this lawsuit against the County be dismissed and that the County be dismissed as a party from this case and each side is to bear their own fees and costs.

DATED: 10/3/18    By: *Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge